# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-0258
_____

KOBIE LASHUN JENKINS, SR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
John F. Simon, Jr., Judge.


August 13, 2025

ORDER STRIKING ANDERS BRIEF

PER CURIAM.

Appellant's appointed counsel's *Anders* brief, which is insufficient under Florida Rule of Appellate Procedure 9.140(g)(2), is stricken.

Appellant was charged with attempted second-degree murder with a firearm and convicted of attempted manslaughter. On appeal, Appellant's appointed counsel filed an *Anders* brief under rule 9.140(g)(2). The brief provided a statement of the case and facts and then added an "Issues Presented" section, identifying three issues that "[t]his Court should review." It then concludes by

noting that counsel has "concluded that no good faith argument can be made in this appeal."

Rule 9.140(g)(2)(A) places an obligation on the court to "independently review the record to discover any arguable issues apparent on the face of the record" *if* appointed counsel files a brief stating that an appeal would be frivolous. This statement must be "combined with a *complete discussion* of any possible points of merit to the appeal[.]" *In re Ord. of First Dist. Ct. of Appeal Regarding Brief Filed in Forrester v. State*, 556 So. 2d 1114, 1117 (Fla. 1990) (emphasis supplied). The *Anders* brief here does not state whether, much less explain why, any of the issues the record purportedly presents are frivolous. Rule 9.140(g)(2) obligates counsel to "explain[] why an appeal of the order . . . may be frivolous." *Blackmon v. State*, 394 So. 3d 736, 737 (Fla. 1st DCA 2024), not to simply identify issues for this court to review.

Accordingly, appointed counsel's *Anders* brief is stricken as non-compliant and counsel has thirty (30) days to file a brief that complies with the requirements of rule 9.140(g)(2) and *In re Anders Briefs*, 581 So. 2d 149 (Fla. 1991).

RAY, KELSEY, and WINOKUR, JJ., concur.

—————————————————

Jessica J. Yeary, Public Defender, and Victor D. Holder, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.